EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 04-00141 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | [21 U.S.C. §§ 846, and |
| SERGIO SERRANO, (01) | ) | 841(a); 18 U.S.C. § 2] |
| JEREMIAH MAYEDA, (02) | ) | |
| and | ) | |
| ORBELL AREVALO, (03) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

Beginning on or about a date unknown to and including March 23, 2004, in the District of Hawaii and elsewhere, SERGIO SERRANO, JEREMIAH MAYEDA, and ORBELL

AREVALO conspired together and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 500 grams or more of a mixture or substance that contains a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

OVERT ACTS

1. At a time prior to March 23, 2004, SERGIO SERRANO asked JEREMIAH MAYEDA to carry methamphetamine to Hawaii.

2. At a time prior to March 23, 2004, JEREMIAH MAYEDA offered ORBELL AREVALO $2,000.00 and go to Hawaii.

3. On or about March 23, 2004, SERGIO SERRANO paid for airline tickets to Hawaii.

4. On March 23, 2004, JEREMIAH MAYEDA carried methamphetamine on his body from California to Hawaii.

5. On March 23, 2004, ORBELL AREVALO carried methamphetamine on his body from California to Hawaii.

6. On March 23, 2004, SERGIO SERRANO accompanied JEREMIAH MAYEDA and ORBELL AREVALO from California to Hawaii.

7.  On or about March 23, 2004, SERGIO SERRANO paid for multiple airline tickets from California to Hawaii.

All in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A).

<u>COUNT 2</u>

The Grand Jury further charges:

On or about March 23, 2004 in the District of Hawaii, SERGIO SERRANO, JEREMIAH MAYEDA, and ORBELL AREVALO knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance that contains a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,

//
//
//
//
//
//
//
//
//
//

Sections 841(a) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: _____4-1-04_____, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
LORETTA SHEEHAN
Assistant U.S. Attorney