EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 2 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00141 DAE |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 846, and |
| JEREMIAH MAYEDA, (02) | ) | 841(a); 18 U.S.C. § 2] |
| and | ) | |
| ORBELL AREVALO, (03) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FIRST SUPERSEDING INDICTMENT

### COUNT 1

The Grand Jury charges:

Beginning on or about a date unknown to and

including March 23, 2004, in the District of Hawaii and

elsewhere, Sergio Serrano, not charged as a defendant

herein, JEREMIAH MAYEDA, and ORBELL AREVALO conspired

together and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, 2017.7 grams of "actual" methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

## OVERT ACTS

1.  At a time prior to March 23, 2004, Sergio Serrano asked JEREMIAH MAYEDA to carry methamphetamine to Hawaii.

2.  At a time prior to March 23, 2004, JEREMIAH MAYEDA offered ORBELL AREVALO $2,000.00 and go to Hawaii.

3.  On or about March 23, 2004, Sergio Serrano paid for airline tickets to Hawaii.

4.  On March 23, 2004, JEREMIAH MAYEDA carried methamphetamine on his body from California to Hawaii.

5.  On March 23, 2004, ORBELL AREVALO carried methamphetamine on his body from California to Hawaii.

6.  On March 23, 2004, Sergio Serrano accompanied JEREMIAH MAYEDA and ORBELL AREVALO from California to Hawaii.

7.  On or about March 23, 2004, Sergio Serrano paid for multiple airline tickets from California to Hawaii.

2

All in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges:

On or about March 23, 2004, in the District of Hawaii and elsewhere, JEREMIAH MAYEDA, and ORBELL AREVALO knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, 2017.7 grams of "actual" methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## SENTENCING CONSIDERATIONS

1.  With respect to Count 1, JEREMIAH MAYEDA and ORBELL AREVALO knowingly and intentionally conspired to distribute and to possess with intent to distribute 15 kilograms or more of methamphetamine, or 1.5 kilograms or more of methamphetamine (actual), or 1.5 kilograms or more of "ice," i.e. a mixture or substance containing d-methamphetamine hydrochloride of at least 80% purity.

2.  With respect to Count 2, JEREMIAH MAYEDA and ORBELL AREVALO knowingly and intentionally possessed with

3

the intent to distribute 15 kilograms or more of

methamphetamine, or 1.5 kilograms or more of methamphetamine

(actual), or 1.5 kilograms or more of "ice," i.e. a mixture

or substance containing d-methamphetamine hydrochloride of

at least 80% purity.

DATED:  07-22-04 _____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


FLORENCE T. NAKAKUNI
Chief, Narcotics Section


LORETTA SHEEHAN
Assistant U.S. Attorney