FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED   MAR 18 2008
at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

2008 FEB 28 AM 11: 41

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 04-00141DAE-02 |
| | | DOCKET NUMBER (Rec. Court) |
| | | LA08CR00236 SJO |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JEREMIAH MAYEDA | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | DAVID ALAN EZRA | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/31/2007 — TO 7/30/2012 |

**OFFENSE**

COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Los Angeles)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____     _____
Date                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California (Los Angeles)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 27, 2008                           ALICEMARIE H. STOTLER
_____                     _____
Effective Date                              Chief   United States District Judge