
*[handwritten: cc: prob USA]*



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

February 28, 2008

**RECEIVED**
CLERK U.S. DISTRICT COURT

MAR 18 2008
3:20 pm *[initials]*
DISTRICT OF HAWAII

Clerk, United District Court
District of Hawaii

Re:   Transfer of Jurisdiction of Probation

Your Case No.  CR04-141DAE-02

Assigned Our Case No.  LA08CR00236 SJO

Case Title:  USA -v- Jeremiah Mayeda

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge  Alicemarie H. Stotler                                                 .

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By  Brent Pacillas
    Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

---

CR-25 (12/01)                    TRANSMITTAL LETTER - PROBATION TRANSFER-IN