

UNITED STATES DISTRICT COURT  RECEIVED
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

2008 APR -2 PM 12: 19

(808) 541-1300
FAX (808) 541-1303

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

March 28, 2008

Office of the Clerk
United States District Court
Central District of California (Western Division)
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: TRANSFER OF JURISDICTION, PROB 22
USA VS. JEREMIAH MAYEDA
USDC Hawaii Case No. CR 04-00141 DAE-02
Your Case No. LA8CR00236 SJO

RECEIVED
CLERK U.S. DISTRICT COURT
APR 08 2008
DISTRICT OF HAWAII

Dear Sir,

Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: First Superseding Indictment, Judgment, Prob 22 -Transfer of Jurisdiction and docket sheet. Please acknowledge receipt on the copy of this letter and return.

Sincerely,

Sue Beitia, Clerk

By: _____
Deputy Clerk

encl.

cc: US Probation, Honolulu, HI

*********************************************************************************

Receipt is acknowledged by: _____, Clerk, US District Court

Date: _____   Your case no. _____